```
Louis A. Coffelt, Jr.
email: Louis.Coffelt@gmail.com
231 E. Alessandro Blvd. Ste 6A-504
Riverside, CA 92508
Phone: (951) 790-6086
In Pro Per
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis A. Coffelt, Jr.<br>         Plaintiff,<br>     v.<br>Nvidia, Corporation,<br>         Defendant,<br>     v.<br>Autodesk, Inc.,<br>         Defendant,<br>     v.<br>Pixar,<br>         Defendant. | Case No.:<br><br>**5:16-cv-00457 SJO(KK)**<br><br>**PLAINTIFF COFFELT DISCLOSURE**<br>**[PATENT L.R. 3-2]**<br>**DOCUMENT PRODUCTION**<br>**ACCOMPANYING DISCLOSURE** |

TO: The Court and All Parties appearing of record:

   Plaintiff Louis A. Coffelt Jr. ("Coffelt") submits this disclosure for United States Patent No. 8,614,710, ("Coffelt's 710 Patent").

**I. IDENTIFICATION OF DOCUMENTS** (e.g. contracts, offers to sell)

   **[PATENT L.R. 3-2(a)]**

   There are no documents which correspond to this section.

1 | **II. IDENTIFICATION OF DOCUMENTS EVIDENCING CONCEPTION**
2 | **[PATENT L.R. 3-2(b)]**
3 | Coffelt is searching for documents, which are evidence of conception
4 | prior to august 22, 2011.
5 | **III. IDENTIFICATION OF PATENT FILE HISTORY**
6 | **[PATENT L.R. 3-2(c)]**
7 | A complete file history for Coffelt's 710 Patent is available at:
8 | http://portal.uspto.gov/pair/PublicPair
9 | search term: patent No. ("8614710").
10 | **IV. IDENTIFICATION OF DOCUMENTS EVIDENCING OWNERSHIP OF PATENT**
11 | **[Patent L.R. 3-2(d)]**
12 | There are no Application for Patent Assignments, as shown at:
13 | http://portal.uspto.gov/pair/PublicPair
14 | There are no Patent assignments, as shown at:
15 | http://assignment.uspto.gov
16 | **EXHIBIT 1** of Coffelt's complaint filed March 14, 2016 is incorporated
17 | herein by reference.
18 | Coffelt is the sole inventor for Coffelt's Patent, as shown on the title
19 | page of Coffelt's 710 Patent, EXHIBIT 1.
20 | 35 U.S.C. 261 Ownership; assignment. and 37 CFR 3.1 IV Definitions,
21 | INDIVIDUAL AND JOINT OWNERSHIP ("Individual ownership- An individual entity
22 | may own the entire right, title and interest of the patent property. This
23 | occurs where there is only one inventor, and the inventor has not assigned
24 | the patent property.")
25 | Coffelt submits evidence of his identity in **EXHIBIT 401**.
26 | **EXHIBIT F** shows a copy of Coffelt's California Drivers License, and
27 | Social Security card.
28 | **EXHIBIT G** show a correspondence phone number for Louis A. Coffelt, Jr. is

1  (951) 790-6086. Coffelt's current phone number is (951) 790-6086 as shown on
2  the title page of this complaint filed March 14, 2016. This phone number for
3  Coffelt is a Verizon Wireless account as of before August 22, 2011.
4      For all of the above reasons, Plaintiff Coffelt is the sole owner of all
5  rights, title, and interest in United States Patent No. 8,614,710.
6  **V. IDENTIFICATION OF DOCUMENTS SHOWING OPERATION OF COFFELT'S PROGRAM**
7      **[Patent L.R. 3-2(e)]**
8      **EXHIBIT 19** of Coffelt's complaint filed March 14, 2016 is incorporated
9  herein by reference.
10     **EXHIBIT 400; EXHIBIT A; EXHIBIT B; EXHIBIT C; EXHIBIT D; EXHIBIT E** at
11 docket No. 26, filed 04/12/2016, is incorporated herein by reference.
12     Coffelt's Program is identified in EXHIBIT 400. Coffelt's program
13 comprises a geometrical analysis of graphic objects. For example, in a 3D
14 scene, Coffelt's Program utilizes steradians to identify objects which
15 occlude light. A geometrical example of Coffelt's Program is provided in
16 EXHIBIT 19.
17     An identification and explanation of variables in Coffelt's Program is
18 provided in **EXHIBIT 401, EXHIBIT H**.
19
20 Date: April 17, 2016              By /s/ Louis A. Coffelt, Jr.
                                          Plaintiff
21                                        In Pro Per

# EXHIBIT 401

**COFFELT'S PATENT L.R. 3-2 DISCLOSURES FOR U.S. PATENT NO. 8,614,710**

# EXHIBIT F



Coffelt's California Drivers License



Coffelt's Social Security Card

# EXHIBIT F

Coffelt's Disclosure [PATENT L.R. 3-2]

4 / 10

# EXHIBIT G

GFX1133

Doc Code: Oath
Document Description: Oath or declaration filed

PTO/SB/01 (04-09)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)**

| | |
|---|---|
| Attorney Docket Number | GFX1133 |
| First Named Inventor | COFFELT, Louis |
| COMPLETE IF KNOWN | |
| Application Number | |
| Filing Date | |
| Art Unit | |
| Examiner Name | |

☒ Declaration Submitted With Initial Filing   OR   ☐ Declaration Submitted After Initial Filing (surcharge (37 CFR 1.16(f)) required)

I hereby declare that: (1) Each inventor's residence, mailing address, and citizenship are as stated below next to their name; and (2) I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention titled:

Method for deriving pixel color using steradians

*(Title of the Invention)*

the application of which

☒ is attached hereto

OR

☐ was filed on (MM/DD/YYYY) _____ as United States Application Number or PCT International Application Number _____ and was amended on (MM/DD/YYYY) _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified application, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Authorization To Permit Access To Application by Participating Offices**

☒ If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified patent application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the above-identified patent application is filed to have access to the above-identified patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the above-identified patent application with respect to: 1) the above-identified patent application-as-filed; 2) any foreign application to which the above-identified patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified patent application; and 3) any U.S. application-as-filed from which benefit is sought in the above-identified patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

[Page 1 of 3]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# EXHIBIT G

GFX1133

PTO/SB/01 (04-09)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

**Claim of Foreign Priority Benefits**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

☐ Additional foreign application number(s) are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 2 of 3]

# EXHIBIT G

Coffelt's Disclosure [PATENT L.R. 3-2]
6 / 10

GFX1133

PTO/SB/01 (04-09)
Approved for use through 09/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: | ☐ The address associated with Customer Number: | | OR | ☒ Correspondence address below |
|---|---|---|---|---|

**Name:** Louis A. Coffelt, Jr.
**Address:** 5297 Martin Street

| City | State | Zip |
|---|---|---|
| Mira Loma | CA | 91752 |

| Country | Telephone | Email |
|---|---|---|
| US | 951-790-6086 | |

**WARNING:**
Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available. Petitioner/applicant is advised that documents which form the record of a patent application (such as the PTO/SB/01) are placed into the Privacy Act system of records DEPARTMENT OF COMMERCE, COMMERCE-PAT-7, System name: *Patent Application Files*. Documents not retained in an application file (such as the PTO-2038) are placed into the Privacy Act system of COMMERCE/PAT-TM-10, System name: *Deposit Accounts and Electronic Funds Transfer Profiles*.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR:** ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| Louis, Arthur | COFFELT, Jr. |

**Inventor's Signature:** [signature]
**Date:** August 19, 2011

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Perris | CA | US | US |

**Mailing Address:** 5297 Martin Street

| City | State | Zip | Country |
|---|---|---|---|
| Mira Loma | CA | 91752 | US |

☐ Additional inventors or a legal representative are being named on the \_\_\_ supplemental sheet(s) PTO/SB/02A or 02LR attached hereto

[Page 3 of 3]

# EXHIBIT G

Coffelt's Disclosure [PATENT L.R. 3-2]
7 / 10

# EXHIBIT H

### IDENTIFICATION OF VARIABLES in Coffelt's Program

**EXHIBIT A**

at line 276, bytesBlueBufferV is an array of bytes of color blue color component.
at line 32(not shown), bytesGreenBufferV is an array of bytes of color green color component.
at line 33(not shown), bytesRedBufferV is an array of bytes of color red color component.

**EXHIBIT B**

at line 514, ptxO2a is an x coordinate of a grpahic object in coordinate system O2.
at line 515, ptyO2a is an y coordinate of the grpahic object in coordinate system O2.
at line 518, ptzO2a is an z coordinate of the grpahic object in coordinate system O2.

at line 520, NextCoordinateType3 is a system conversion method (light system to screen system).
at line 521, the program tests if a ray intersects the screen (bitmap).
at lines 523 through 527, screen (bitmap) column and row index is derived.

at line 528, tests visiblity of the graphic object point.
at line 530, VisibleVO1p is an array of ray lengths, which is a distance from a view point to a point on the graphic object.
at line 530, pVisDistA is a ray length previously saved in the array.
at line 531, cVisDistA is a current derived ray length.
at line 532, the two lengths are compared.
if the current length is less, the current length is saved to the array.

at line 535, the program calls method NextStrradian (EXHIBIT C).
spx is an x coordinate of a point light source.
spy is an y coordinate of the point light source.
spz is an z coordinate of the point light source.

**EXHIBIT C**

at line 5025:
    spx is an x coordinate of a point light source.
    spy is an y coordinate of the point light source.
    spz is an z coordinate of the point light source.

    ptspx is an x coordinate of a vector pointing from a light source to a graphic object point.
    ptspy is an y coordinate of the vector
    ptspz is an z coordinate of the vector.

at line 5028, cStrDist is a current length of the vector pointing from the light source to the graphic object point (at line 5025).
at line 5029, lenptspxy is a lenght of an x-y component of the vector (xy plane).
at line 5035, ptspdotx is a vector dot product between the x-y component and the x axis.

at line 5036, StrColAngle is an angle between the x-y component vector and the x axis (steradian columns).
at line 5037, ptspdotz is a vector dot product between the vector and the z axis (steradian rows).
at line 5038, StrRowAngle is an angle between the vector and the z axis (steradian rows).

# EXHIBIT H

Coffelt's Disclosure [PATENT L.R. 3-2]
8 / 10

**EXHIBIT C**
at line 5041, cmin is a start steradian column boundary angle for the light source.
at line 5042, rmin is a start steradian row boundary angle for the light source.

at line 5041, a steradian column angle is derived.
at line 5042, a steradian row angle is derived.

at line 5044, a length of an arc for the steradian columns is derived.
at line 5045, a lenght of an arc for the steradian rows is derived.
at line 5046, a steradian column index is derived.
at line 5047, a steradian row index is derived.
at line 5050, an array index is derived.
at lines 5051 and 5052, values are returned as parameters.

**EXHIBIT D**
SetSteradians is a method to derive parameters of a total steradian region for the light source.
at line 14, StrPpiD is a seradian density (steradians per inch).
at line 15, lenArcCol is a total steradian column arc length encompased by the light source.
at line 16, lenArcRow is a total steradian row arc length encompased by the light source.
at line 19, StrColWpx is a total quantity of steradian columns.
at line 20, StrRowHpx is a total quantity of steradian rows.
at line 21, totalStrPx is a total quantity of steradians.

at line 23, cgspx is an x component of a vector pointing from the light source to a center point of the total steradian region.
at line 24, cgspy is a y component of the vector.
at line 25, cgspz is a z component of the vector.
at line 26, lencgsp is a length of the vector.
at line 27, strRadius is a steradian radius.
at line 28, totalColAngle is a total steradian column angle.
at line 29, totalRowAngle is a total steradian row angle.

at line 30, lenCgSpxy is a length of an x-y component of the vector.
at line 32, cgspxydotx is a vector dot product of the x-y component with the x axis.
at line 33, centerStrCol is a center steradian column angle.
at line 35, cmax is an end steradian column boundary angle.
at line 36, cmin is an start steradian column boundary angle.

at line 40, rmax is an end steradian row boundary angle for the light source.
at line 41, rmin is a start steradian row boundary angle for the light source.

at lines 42 through 49, values are returned as parameters.

# EXHIBIT H

**EXHIBIT E**

at line 2003, btBlueInt is an integer blue component of a pixel color.
at line 2011, btGreenInt is an integer green component of the pixel color.
at line 2019, btRedInt is an integer red component of the pixel color.

    at lines 1936 to 1940 (not shown):

```
1936    NextSteradian(StrIndxPxB, cStrDistB, ptx00b, pty00b, ptz00b);
1937    if (StrIndxPxB < SizeSTRv)
1938    {
1939        pStrDistB = StrDistV00p[StrIndxPxB];
1940        deltaStr = abs(cStrDistB - pStrDistB);
```

at line 1940, deltaStr is a difference between a previous vector and current vector
    (utilized to determine whether 2 vectors are the same vector).

at line 2029, deltaStr is evaluated to determine whether the current vector is the same as the previous vector.

at line 2031, RedVp is an array which contains a red color component of a pixel; highlight point is assigned.
at line 2032, GreenVp is an array which contains a green color component of a pixel; highlight point is assigned.
at line 2033, BlueVp is an array which contains a blue color component of a pixel; highlight point is assigned.

at line 2037, the red pixel color is reduced for a shadow point.
at line 2038, the green pixel color is reduced for a shadow point.
at line 2039, the blue pixel color is reduced for a shadow point.

at lines 2055 through 2057(not shown), pixel color values are returned as parameters.

at line 2058(not shown), a pixel count increments, and continues iteration through all pixels of the graphic object.

# EXHIBIT H

Coffelt's Disclosure [PATENT L.R. 3-2]

10 / 10