[COUNSEL LISTED ON NEXT PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LOUIS A. COFFELT, JR., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORP., <br> AUTODESK, INC., <br> PIXAR, <br><br> Defendants. | Case No. 5:16-cv-00457-SJO-KK <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR LACK OF PATENTABLE SUBJECT MATTER UNDER 35 U.S.C. § 101** <br><br> Date: June 20, 2016 <br> Time: 10:00 a.m. <br> Courtroom 1, 2nd Floor <br> Hon. S. James Otero |

| | | |
|---|---|---|
| 1 | Carmen Lo (280441) | Michael G. Rhodes (116127) |
| 2 | clo@whitecase.com | rhodesmg@cooley.com |
|   | White & Case LLP | Cooley LLP |
| 3 | 555 South Flower Street, Suite 2700 | 101 California Street, 5th Floor |
| 4 | Los Angeles, CA  90071-2433 | San Francisco, CA 94111-5800 |
|   | Telephone: (213) 620-7832 | Telephone: (415) 693-2000 |
| 5 | Facsimile: (213) 452-2329 | Facsimile: (415) 693-2222 |

6  Jason Xu, *pro hac vice*              Lowell D. Mead (223989)
7  jxu@whitecase.com                      lmead@cooley.com
   White & Case LLP                       Cooley LLP
8  701 Thirteenth Street, NW              3175 Hanover Street
9  Washington D.C.  20005                 Palo Alto, CA 94304
   Telephone:  (202) 626-6496             Telephone: (650) 843-5000
10 Facsimile: (202) 639-9355              Facsimile: (650) 849-7400

11
   Jeannine Yoo Sano (174190)             Attorneys for Defendant
12 jsano@whitecase.com                    NVIDIA CORPORATION
   White & Case LLP
13 3000 El Camino Real
14 5 Palo Alto Square, 9th Floor
   Palo Alto, CA  94306
15 Telephone:  (650) 213-0356
16 Facsimile: (650) 213-8158

17
   Attorneys for Defendant
18 AUTODESK, INC.

19
   Evan Finkel (100673)
20 evan.finkel@pillsburylaw.com
21 Michael S. Horikawa (267014)
   michael.horikawa@pillsburylaw.com
22 Pillsbury Winthrop Shaw Pittman LLP
23 725 S. Figueroa Street, Suite 2800
   Los Angeles, CA  90017-5406
24 Telephone:   (213) 488-7307
25 Facsimile:    (213) 226-4058

26
   Attorneys for Defendant
27 PIXAR

28

- 1 -

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO PLAINTIFF:

PLEASE TAKE NOTICE that on June 20, 2016 at 10:00 a.m. or as soon thereafter as the matter may be heard before the Honorable S. James Otero in Courtroom 1, 312 North Spring Street, Los Angeles, California 90012, Defendants Autodesk, Inc., NVIDIA Corp., and Pixar will and hereby do move this Court to dismiss the Complaint of Plaintiff Louis Coffelt, Jr., with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) due to lack of patentable subject matter of the asserted patent under 35 U.S.C. § 101.

Pursuant to Local Rule 7-3 and the Initial Standing Order for Cases Assigned to Judge Otero, Defendants have each met and conferred in good faith with Plaintiff regarding the motion to dismiss. At the Plaintiff's insistence, each Defendant conducted separate telephone conferences with Plaintiff, all on May 6, 2016. The parties are at an impasse with respect to the Motion.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, all pleadings and records on file in this action, including matters of which the Court may take judicial notice, and any other arguments and evidence to be presented to the Court at or before the hearing on this Motion.

Dated: May 13, 2016

By: /s/ Jason Xu
Jason Xu, *pro hac vice*
jxu@whitecase.com
White & Case LLP
701 Thirteenth Street, NW
Washington D.C. 20005
Telephone: (202) 626-6496
Facsimile: (202) 639-9355

Carmen Lo (280441)
clo@whitecase.com
White & Case LLP

|   |   |   |
|---|---|---|
| 1 |   | 555 South Flower Street, Suite 2700 |
| 2 |   | Los Angeles, CA 90071-2433 |
|   |   | Telephone: (213) 620-7832 |
| 3 |   | Facsimile: (213) 452-2329 |
| 4 |   |   |
|   |   | Jeannine Yoo Sano (174190) |
| 5 |   | jsano@whitecase.com |
|   |   | White & Case LLP |
| 6 |   | 3000 El Camino Real |
| 7 |   | 5 Palo Alto Square, 9th Floor |
|   |   | Palo Alto, CA 94306 |
| 8 |   | Telephone: (650) 213-0356 |
| 9 |   | Facsimile: (650) 213-8158 |
| 10 |   |   |
|   |   | Attorneys for Defendant |
| 11 |   | AUTODESK, INC. |
| 12 |   |   |
|   | Dated: May 13, 2016 | By: /s/ Michael G. Rhodes_____ |
| 13 |   |   |
| 14 |   | Michael G. Rhodes (116127) |
|   |   | rhodesmg@cooley.com |
| 15 |   | COOLEY LLP |
| 16 |   | 101 California Street, 5th Floor |
|   |   | San Francisco, CA 94111-5800 |
| 17 |   | Telephone: (415) 693-2000 |
| 18 |   | Facsimile: (415) 693-2222 |
| 19 |   |   |
|   |   | Lowell D. Mead (223989) |
| 20 |   | lmead@cooley.com |
| 21 |   | COOLEY LLP |
|   |   | 3175 Hanover Street |
| 22 |   | Palo Alto, CA 94304 |
| 23 |   | Telephone: (650) 843-5000 |
|   |   | Facsimile: (650) 849-7400 |
| 24 |   |   |
|   |   | Attorneys for Defendant |
| 25 |   | NVIDIA CORPORATION |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

Dated: May 13, 2016

By: */s/ Evan Finkel*

Evan Finkel (#100673)
evan.finkel@pillsburylaw.com
Michael S. Horikawa (#267014)
michael.horikawa@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7307
Facsimile: (213) 226-4058

Attorneys for Defendant PIXAR

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2016, I electronically filed the foregoing document, Defendants' Notice of Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) for Lack of Patentable Subject Matter Under 35 U.S.C. § 101 with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

>   Louis A. Coffelt, Jr.
>   231 E. Allesandro Boulevard, Suite 6A-504
>   Riverside, CA  92508
>   Telephone:  (951) 790-6086
>   Email:  Louis.Coffelt@gmail.com

>                                        By  */s/ Jason Xu*_____
>                                              Jason Xu