```
1  Louis A. Coffelt, Jr.
   email: Louis.Coffelt@gmail.com
2  231 E. Alessandro Blvd. Ste 6A-504
   Riverside, CA 92508
3  Phone: (951) 790-6086
   In Pro Per
4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 Louis A. Coffelt, Jr.    )   Case No.:
          Plaintiff,        )
12     v.                   )   5:16-cv-00457 SJO(KK)
                            )
13 Nvidia, Corporation,     )
          Defendant,        )
14     v.                   )   REPLY IN SUPPORT OF MOTION
                            )   TO ALTER JUDGMENT
15 Autodesk, Inc.,          )
          Defendant,        )   PURSUANT TO FED.R.CIV.P. 59(e)
16     v.                   )
                            )
17 Pixar,                   )
          Defendant.        )   Date:  July 25, 2016
                            )   Time:  10:00 a.m.
18 _____ )   Courtroom 1, 2nd Floor
                                Hon. S. James Otero
19

20 TO: The Court,

21     Nvidia, Corporation,

22     Autodesk, Inc.,

23     Pixar,

24                  STATEMENT OF FACTS

25    On July 1, 2016, Defendants filed a Response to Plaintiff's

26 Motion to Alter Judgment Pursuant to Fed.R.Civ.Proc. 59(e)

27 [docket No. 46] ("Defendants Response").

28    In Defendants Response  See [docket 46 at 5, line 8] Defendants
```

contend that Plaintiff's Motion to Alter Judgment does not meet the requirements of Fed. R. Civ. Proc. 59(e) and fails to comply with the Local Rules of this Court.

Defendants do not point to any specific requirement or Local Rule which supports their above-identified general contentions. Instead, Defendants reference the cases of *McDowell v. Calderon 197 F.3d 1253; accord Shortage v Found. Const. Payroll Serv., LLC, No. 14-cv-04850, 2015 U.S. Dist. LEXIS 81422.*

Both the Defendants and the Court have clearly erred by not considering Coffelt's EXHIBIT 404.

Plaintiff, Louis A. Coffelt, Jr. ("Coffelt") has pointed to clear error in the record of this action [docket 45-1 at 2 lines 1—17]. For these reasons, the above-identified cases of *McDowell and accord Shortage* are not pertinent to this Motion.

In regard to the term ("calculating"), the entire record of this action is replete with conclusory statements without any reference to Coffelt's EXHIBIT 404.

EXHIBIT 404 is clearly more than a few web pages. EXHIBIT 404 represents clear evidence of a standard form of language used for many years to describe calculations of real objects. There are many well-known arts which calculate volumes. e.g. concrete contractors, road paving contractors, swimming pool contractors, architects, structural engineers. The term ("calculating") does Not impose abstract.

Coffelt's 710 patent does not contain any schematics or abstract drawings. Coffelt's 710 patent; EXHIBIT 404; and Coffelt's declarations are clear evidence that Coffelt's 710 patent claim 1 term ("calculating a particular steradian region of space") is not

1 abstract. Furthermore, for the above reasons,
2 ("calculating a particular steradian radius") is not abstract.
3 For more than 35 years, the state of the art shadow derivation
4 utilized 2-dimensional shadow mapping to create 2-dimensioal shadows.
5 Coffelt's 710 patent claims have inherent characteristics of a
6 3-dimensional system for deriving complex 3-dimensional shadows.
7 Neither the Defendants nor the Court have disputed that the
8 combination of:
9    **("a particular steradian region of space");**
10    **("a particular steradian radius");**
11    **the inherent result of ("complex 3D shadows")**
12      is Coffelt's claimed inventive concept.

## CONCLUSION

14 The burden of proof of invalidity of Coffelt's 710 patent is
15 clearly upon Defendants. The Defendants have not filed any supporting
16 fact for their conclusions. Therefore, Defendants have not filed any
17 Authorities which support their Motion [docket 43].
18 For the above reasons, consideration of Coffelt's EXHIBIT 404
19 will result in the denial of Defendants Motion to Dismiss [docket 34].
20 There are no facts in this action which support the judgment to
21 grant Defendants Motion.
22 There are no Authorities in this action which support the
23 judgment to grant Defendants Motion.
24 For these reasons, Coffelt moves this Court to alter the Judgment
25 [docket No. 43] to deny Defendants Motion to Dismiss [docket No. 34].
26 Date: **July 6, 2016**  By /s/ Louis A. Coffelt, Jr.
27                               Plaintiff
28                               In Pro Per

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2016, I electronically filed the foregoing document, **REPLY IN SUPPORT OF MOTION TO ALTER JUDGMENT PURSUANT TO FED.R.CIV.P. 59(e)** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Michael G. Rhodes (116127)
rhodesmg@cooley.com
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Lowell D. Mead (223989)
lmead@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
NVIDIA CORPORATION

Carmen Lo (280441)
clo@whitecase.com
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7832
Facsimile: (213) 452-2329

Jason Xu, pro hac vice
jxu@whitecase.com
White & Case LLP
701 Thirteenth Street, NW
Washington D.C. 20005
Telephone: (202) 626-6496
Facsimile: (202) 639-9355

```
1   Jeannine Yoo Sano (174190)
    jsano@whitecase.com
2   White & Case LLP
3   3000 El Camino Real
    5 Palo Alto Square, 9th Floor
4   Palo Alto, CA 94306
    Telephone: (650) 213-0356
5   Facsimile: (650) 213-8158
6
    Attorneys for Defendant
7   AUTODESK, INC.
8
    Evan Finkel (100673)
9   evan.finkel@pillsburylaw.com
10  Michael S. Horikawa (267014)
    michael.horikawa@pillsburylaw.com
11  Pillsbury Winthrop Shaw Pittman LLP
    725 S. Figueroa Street, Suite 2800
12  Los Angeles, CA 90017-5406
13  Telephone: (213) 488-7307
    Facsimile: (213) 226-4058
14
15  Attorneys for Defendant
    PIXAR
16
17
...
28
```